Bradford Hodach, CA State Bar # 257011
Law Offices of Bradford Hodach
1212 Broadway, Ste. 706
Oakland, CA 94612
Tel: (510) 444-7250
Fax: (510) 740-0944
bradhodachlaw@yahoo.com

Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | |
| Yulanda Washington | ) | Bankruptcy No.10-45202 |
| | ) | |
| | ) | JUDGE: Edward D. Jellen |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | |

**SECOND EX PARTE MOTION TO EXTEND TIME TO**
**FILE SCHEDULES, STATEMENTS, AND MEANS TEST**

Debtor hereby moves this court for an extension of time to file schedules, statement of financial affairs, statement of intent, means test and related filings. The case was filed on May 5, 2010.

The debtor makes this motion pursuant to Federal Rules of Bankruptcy Procedure, Rule 1007(c) which provides that an extension of time for filing schedules and statements may be granted on motion for cause shown and on notice to United States Trustee and committee elected pursuant to Section 705 or appointed pursuant to Section 1102 of the Code, trustee, examiner, or other party as the court may direct.

The debtor seeks a five (5) day extension of time. The debtors contacted the attorney on April 23, 2010 and a skeletal petition was filed on May 5, 2010. Subsequently, debtor, Yulanda Washington began working with a CPA to review her business financial affairs. The CPA has

[1]

advised that they need an additional number of days to review and prepare.  Although we anticipated having the documents ready the CPA needs an additional number of days working with the client to complete the necessary financial review.

The client and CPA need an additional few days to complete the documents and review that are necessary for the bankruptcy case.  Because of this we ask for an extension until June 5, 2010 to file the remaining documents.

      Notice of this motion has been given to the United States Trustee and to Martha G Bronitsky, Bankruptcy Trustee.

      WHEREFORE, the Debtor moves the court to enter an order granting an eleven (11) day extension of time for the filing of the schedules and statements.

Dated: June 1, 2010

By: /s/Bradford Hodach
Bradford Hodach, CASB# 257011
Law Offices of Bradford Hodach
1212 Broadway, Ste. 706
Oakland, CA 94612
Telephone: (510) 444-7250
Fax: (510) 740-0944

[2]

Ex Parte Motion to Extend Time to File

Case: 10-45202    Doc# 8    Filed: 06/01/10    Entered: 06/01/10 08:24:40    Page 2 of 2