| | |
|---|---|
| EDDIE R. JIMENEZ (CA SBN 231239) <br> ALEXIS M. BORNHOFT (CA SBN 270200) <br> GABRIEL OZEL (CA 269098) <br> PITE DUNCAN LLP <br> 4375 Jutland Drive, Suite 200 <br> P.O. Box 17933 <br> San Diego, CA 92177-0933 <br> Telephone: (858) 750-7600 <br> Facsimile: (619) 590-1385 <br><br> Attorneys for STEEL MOUNTAIN CAPITAL I LLC | |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re <br><br> YULONDA WASHINGTON, <br><br> Debtor(s). | Case No. 10-45202 <br><br> Chapter 13 <br><br> NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY |
| STEEL MOUNTAIN CAPITAL I LLC, <br><br> Movant, <br><br> vs. <br><br> YULONDA WASHINGTON, Debtor(s); and MARTHA G. BRONITSKY, Chapter 13 Trustee, <br><br> Respondents. | DATE: November 5, 2010 <br> TIME: 10:00 am <br> CTRM: 215 <br><br> 1300 Clay Street <br> Oakland, CA 94604-1426 |

Steel Mountain Capital I LLC ("Movant"), hereby withdraws its Motion for Relief From Automatic Stay, previously filed in the above referenced matter, without prejudice.

Dated: November 16, 2010        PITE DUNCAN LLP

/s/ ALEXIS M. BORNHOFT (CA SBN 270200)
ALEXIS M. BORNHOFT
Attorneys for STEEL MOUNTAIN CAPITAL I LLC

- 1 -

EDDIE R. JIMENEZ (CA SBN 231239)
ALEXIS M. BORNHOFT (CA SBN 270200)
GABRIEL OZEL (CA 269098)
PITE DUNCAN LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for STEEL MOUNTAIN CAPITAL I LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| In re | Case No. 10-45202 |
|---|---|
| YULONDA WASHINGTON, | Chapter 13 |
| Debtor(s). | R.S. No. |
| | PROOF OF SERVICE BY MAIL |

I, Chansamone Kwan, declare that:

I am employed in the County of San Diego, California. My business address is: 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this cause.

On November 16, 2010, I served the NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY in said cause by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 16, 2010, at San Diego, California.

/s/ Chansamone Kwan
CHANSAMONE KWAN

# SERVICE LIST

**DEBTOR(S)**

Yulonda Washington
3133 Maxwell Avenue
Oakland, CA 94619

**DEBTOR(S) ATTORNEY**

Bradford Hodach
Law Offices of Bradford Hodach
1212 Broadway #706
Oakland, CA 94612

**CHAPTER 13 TRUSTEE**

Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540-5004

**U.S. TRUSTEE**

U.S. Trustee
Department of Justice
1301 Clay St. #690N
Oakland, CA 94612
**SERVED VIA ELECTRONIC FILING**

**OTHER LIENHOLDER(S)**

16 Asset Management Holding, LLC
c/o Servicing or Managing Agent
P.O. Box 025278
Miami, FL 33102-5278

Alameda County Tax Collector's Office
1221 Oak Street
Oakland, CA 94612